IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------

| | |
|---|---|
| HC-4499 ACUSHNET AVENUE, LLC, | Case No. 1:23-cv-10332 |
| Plaintiff, | |
| vs. | |
| 4499 ACUSHNET AVENUE OPERATING COMPANY, LLC, VIBRA HEALTHCARE, LLC, and VIBRA HEALHCARE II, LLC, | |
| Defendants. | |

### STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff HC-4499 Acushnet Avenue, LLC, through its counsel, Holland & Knight LLP, and Defendants 4499 Acushnet Avenue Operating Company, LLC ("**Tenant**"), Vibra Healthcare, LLC ("**Vibra I**") and Vibra Healthcare II, LLC ("**Vibra II**," and together with Tenant and Vibra I shall be referred to herein collectively as, "**Defendants**"), through their counsel, Cole Schotz P.C., as follows:

1.      The Defendants' time to answer or otherwise responsively plead to the complaint in the above-captioned action is hereby extended through March 24, 2023, without prejudice to additional extensions upon consent or otherwise approved by the Court.

| | |
|---|---|
| **HOLLAND & KNIGHT LLP**<br>*Attorneys for Plaintiff, HC-4499 Acushnet Avenue, LLC* | **COLE SCHOTZ P.C.**<br>*Attorneys for Defendants, 4499 Acushnet Avenue Operating Company, LLC, Vibra Healthcare, LLC and Vibra Healthcare II, LLC* |
| By: */s/ Ian Epperson-Temple*<br>Ian Epperson-Temple<br>BBO No. 699463<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel: (617) 523-2700<br>ian.epperson-temple@hklaw.com | By: */s/ William Stroever*<br>William Stroever<br>BBO No. 666590<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel: (201) 489-3000<br>wstroever@coleschotz.com |
| DATED: March 10, 2023 | DATED: March 10, 2023 |