IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

HC-4499 ACUSHNET AVENUE, LLC,

        Plaintiff,

vs.

4499 ACUSHNET AVENUE OPERATING
COMPANY, LLC, VIBRA HEALTHCARE,
LLC, and VIBRA HEALHCARE II, LLC,

        Defendants.

Case No. 1:23-cv-10332

---

## STIPULATION FURTHER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff HC-4499 Acushnet Avenue, LLC, through its counsel, Holland & Knight LLP, and Defendants 4499 Acushnet Avenue Operating Company, LLC ("**Tenant**"), Vibra Healthcare, LLC ("**Vibra I**") and Vibra Healthcare II, LLC ("**Vibra II**," and together with Tenant and Vibra I shall be referred to herein collectively as, "**Defendants**"), through their counsel, Cole Schotz P.C., as follows:

1. The Defendants' time to answer or otherwise responsively plead to the complaint in the above-captioned action is hereby further extended through April 7, 2023, without prejudice to additional extensions upon consent or otherwise approved by the Court.

| | |
|---|---|
| **HOLLAND & KNIGHT LLP** <br> *Attorneys for Plaintiff, HC-4499 Acushnet Avenue, LLC* | **COLE SCHOTZ P.C.** <br> *Attorneys for Defendants, 4499 Acushnet Avenue Operating Company, LLC, Vibra Healthcare, LLC and Vibra Healthcare II, LLC* |
| By:    */s/ Ian Epperson-Temple* <br>       Ian Epperson-Temple <br>       BBO No. 699463 <br>       10 St. James Avenue <br>       Boston, MA 02116 <br>       Tel: (617) 523-2700 <br>       ian.epperson-temple@hklaw.com | By:    */s/ William Stroever* <br>       William Stroever <br>       BBO No. 666590 <br>       25 Main Street <br>       Hackensack, NJ 07601 <br>       Tel: (201) 489-3000 <br>       wstroever@coleschotz.com |
| DATED: March 27, 2023 | DATED: March 27, 2023 |